UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

UNITED STATES OF AMERICA       )
                               )
v.                             )       No. 2:02-CR-32
                               )          (2:12-cv-345)
WILLIAM WRIGHT                 )


**JUDGMENT ORDER**


In accordance with the accompanying Memorandum Opinion, petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 [doc. 505] is **DENIED IN PART** and **GRANTED IN PART**. Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 as it relates to his term of imprisonment is **DENIED AS MOOT**. Petitioner's motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. § 2255 as it relates to his term of supervised release is **GRANTED**. The defendant's term of supervised release is reduced to five years. Except as provided above, all provisions of the judgment entered April 7, 2004, shall remain in effect.

The Clerk is **DIRECTED** to close the civil file.

**IT IS SO ORDERED.**

ENTER:


_____s/ Leon Jordan_____
United States District Judge


ENTERED AS A JUDGMENT

    s/ Debra C. Poplin
 CLERK OF COURT